**Dismissed and Memorandum Opinion filed June 21, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00228-CR

---

### DARRELL JOSEPH BARRAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 185th District Court
### Harris County, Texas
### Trial Court Cause No. 1650737

---

### MEMORANDUM OPINION

Appellant entered a plea of true to the State's motion to adjudicate guilt. In accordance with the terms of a plea bargain agreement with the State, the trial court assessed punishment at confinement for three years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court signed a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is

included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). On May 12, 2022, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b)